# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

DAVID J. ABRAMS
DIRECT DIAL: (212) 506-1701
DIRECT FAX: (212) 835-5001
DAbrams@kasowitz.com

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

May 1, 2023

**VIA ECF**
The Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>P.D. v. Neifeld, et al., 21-cv-06787 (CBA) (SJB)</u>

Dear Judge Bulsara:

We represent Plaintiff in the above-referenced matter and, together with Defendants Kerri Neifeld, the Acting Commissioner of the New York State Office for People with Developmental Disabilities ("OPWDD") and Mary Bassett, the Commissioner of the New York State Department of Health, jointly request an adjournment of the parties' status conference currently scheduled for May 2, 2023 for 90 days or such time that is convenient for the Court and a corresponding extension of all discovery deadlines by 90 days.  The parties further request that their deadline for filing pre-motion letters in anticipation of summary judgment continue to be stayed until thirty days after the completion of all discovery.

As the Court is aware, the primary goal of Plaintiff's lawsuit was to secure a permanent community placement for Plaintiff P.D., and that goal has now been achieved.  The parties are pleased to report that P.D. was transferred on April 27, 2023 to a new Individual Residential Alternative ("IRA") within the community established by a private agency known as AHRC, with OPWDD-funded supports.  This is a very positive development. The parties request an adjournment of the existing deadlines and status conference to provide additional time for P.D. to become acclimated to his new IRA residence and to give the parties an opportunity to resolve the issues raised in the litigation beyond P.D.'s placement in the community.

We appreciate the Court's attention to this matter.

KASOWITZ BENSON TORRES LLP
MAY 1, 2023
PAGE 2 OF 2

Respectfully submitted,

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP<br>By: /s/ David J. Abrams<br>    David J. Abrams | LETITIA JAMES<br>Attorney General State of New York<br>By: Matthew J. Lawson |
| David J. Abrams<br>Sondra D. Grigsby<br>Michael C. Pecorini<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br>dabrams@kasowitz.com<br>sgrigsby@kasowitz.com<br>mpecorini@kasowitz.com | Matthew J. Lawson<br>Jacob Samuels-Kalow<br>Assistant Attorneys General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8733<br>Matthew.lawson@ag.ny.gov<br><br>*Attorneys for Defendants* |

MENTAL HYGIENE LEGAL SERVICE,
FIRST JUDICIAL DEPARTMENT,
MARVIN BERNSTEIN, DIRECTOR
By: Sadie Z. Ishee
41 Madison Ave, 26th Floor
New York, New York 10010
(646) 386-5891
sishee@nycourts.gov

NEW YORK LAWYERS FOR THE PUBLIC
INTEREST
By: Roberta Mueller
151 West 30th Street, 11th Floor
New York, New York 10001
(212) 244-4664
rmueller@ nylpi.org

*Attorneys for Plaintiff*